IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JOSE PAGAN-MACHIN**, a/k/a José Alfredo Pagán-Machín<br>2) JOSE NIEVES<br>3) ALVIN CRUZ-CRUZ<br>Defendants | CRIMINAL 12-0069CCC |

**ORDER**

Having considered the Report and Recommendation filed on June 29, 2012 (**docket entry 60**) on a Rule 11 proceeding of defendant José Pagán-Machín (1) held before U.S. Magistrate Judge Marcos E. López on June 27, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 27, 2012. The **sentencing hearing is set for September 27, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 17, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge